JOHN PACK, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Pack* v. *Delaware, L. & W R. R. Co.,* 66 App. Div. 617, affirmed.
(Argued May 5, 1903; decided May 19, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

December 4, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*S. G. H. Turner* and *Robert T. Turner* for appellant.

*H. H. Rockwell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and VANN, JJ. Absent: HAIGHT, J.